Dismissed and Memorandum Opinion filed November 1, 2007








Dismissed
and Memorandum Opinion filed November 1, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00042-CV

____________

 

STEEPLECHASE CENTER I, L.P., AND
EQUITY ONE REALTY & MANAGEMENT, INC., Appellants

 

V.

 

NESSA=S MEXICAN RESTAURANT, LTD., Appellee

 



 

On Appeal from the
61st District Court

Harris County,
Texas

Trial Court Cause
No.  2005-52463

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed October 18, 2007.  On October 24, 2007,
appellant filed a motion to dismiss the appeal because the case has settled.   See
Tex. R. App. P. 42.1.  The motion
is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed
November 1, 2007.

Panel consists of Chief Justice Hedges, Justices Yates and Frost.